IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

DERRICK WAYNE BURTON                §

VS.                                 §    CIVIL ACTION NO. 1:05cv409

UNITED STATES OF AMERICA            §

JUDGMENT DISMISSING MOTION TO VACATE, SET ASIDE OR
CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

This action came on before the Court, and the issues having been duly considered and a decision rendered, it is

**ORDERED** and **ADJUDGED** that movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice as successive.

**SIGNED** this the 22 day of **June, 2005.**


_____
Thad Heartfield
United States District Judge